Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUDY L. PARA-KILLMAN,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada limited liability company, dba ARIA RESORT & CASINO,<br><br>Defendant. | Case No. 2:13-cv-01630-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT PROPOSED JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The November 21, 2013 Discovery Plan and Scheduling Order requires the parties to submit a joint pretrial order within thirty (30) days after the court rules on any dispositive motions.

3. On March 20, 2015, the Court entered an order denying Defendant's Motion for Summary Judgment.

4. On April 1, 2015, the parties requested and received a thirty (30) day extension of time to file the Joint Pretrial Order. As such, the Joint Pretrial Order is currently due on or before May 20, 2014.

5. The parties are working diligently to prepare the Joint Pretrial Order. However, there are numerous witnesses and voluminous documents (over 2,000 pages) in this failure to accommodate disability discrimination case. In addition, Plaintiff's counsel is out of town May 1 through May 11, 2015 and Defendant's counsel is also out of town the week of May 11 through May 15, 2015.

6. Accordingly, the parties stipulate and agree to extend the deadline to submit their proposed joint pretrial order an additional thirty (30) days, up to and including June 19, 2015, to allow the parties to coordinate and adequately prepare the joint pretrial order.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 29th day of April, 2015.

| LAW OFFICES OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
|---|---|
| /s/ Robert P. Spretnak<br>Robert P. Spretnak, Bar # 5135<br>8275 S. Eastern Ave., Ste. 200<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiffs* | /s/ Lisa A. McClane<br>Deverie J. Christensen, Bar No. 6596<br>Lisa A. McClane, Bar No. 10139<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED _____May 1_____, 2015.

C.W. Hoffman, Jr.
United States Magistrate Judge

4832-4664-3491, v. 1