UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUDY L. PARA-KILLMAN, ) | |
| Plaintiff, ) | Case No. 2:13-cv-01630-APG-CWH |
| vs. ) | **ORDER** |
| ARIA RESORT & CASINO, LLC, ) | |
| Defendant. ) | |

Presently before the Court is attorney Robert P. Spretnak's Motion to Withdraw as Counsel for Plaintiff Trudy Para-Killman (ECF No. 36). Having reviewed and considered the motion, and good cause appearing,

IT IS ORDERED that Robert P. Spretnak's Motion to Withdraw as Counsel for Plaintiff Trudy Para-Killman (ECF No. 36) is GRANTED.

IT IS FURTHER ORDERED that Robert P. Spretnak must serve a copy of this Order on Plaintiff Trudy Para-Killman.

IT IS FURTHER ORDERED that on or before November 19, 2015, Plaintiff Trudy Para-Killman must file a written notice with the Court stating whether she intends to represent herself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Plaintiff Trudy Para-Killman on or before November 19, 2015.

DATED: October 19, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**