**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TRUDY L. PARA-KILLMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC,<br><br>　　　　Defendant. | Case No. 2:13-CV-01630-APG-CWH<br><br>**ORDER GRANTING UNOPPOSED MOTION IN LIMINE**<br><br>(Dkt. #45) |

　　　Plaintiff Trudy Para-Killman filed a single-count complaint alleging defendant Aria Resort & Casino LLC[1] failed to accommodate her disability in violation of the Americans with Disabilities Act.  Aria filed a motion in limine to exclude any evidence, testimony, or argument regarding a possible reassignment of Para-Killman to a different position.  Aria states in its motion that the parties met and conferred but could not resolve this issue. (Dkt. #45 at 1.)  However, Para-Killman has not filed an opposition.  She therefore consents to the motion being granted.  LR 7-2(d).

　　　IT IS THEREFORE ORDERED that Defendant's motion in limine to preclude argument, evidence, or testimony regarding possible reassignment to a new position **(Dkt #45) is GRANTED.**

　　　DATED this 11th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Improperly named in the caption as Aria Resort Holdings LLC, dba Aria Resort & Casino.