UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUDY L. PARA-KILLMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC,<br><br>　　　　　Defendant. | Case No. 2:13-CV-01630-APG-CWH<br><br>**ORDER DENYING MOTION IN LIMINE WITHOUT PREJUDICE**<br><br>(Dkt. #48) |

　　　　Defendant Aria Resort & Casino LLC[1] filed a motion in limine (Dkt. #48) on January 8, 2016. Although the motion is unopposed, it is also untimely. Trial in this matter was previously set for January 11, 2016. (Dkt. #41.) Accordingly, motions in limine were due by December 11, 2015. Aria did not file this motion in limine by that date. After the deadline to file motions in limine had already passed, trial was reset for February 8, 2016. (Dkt. #47.) Aria opposed plaintiff's emergency request to continue the trial. Thus, it should have been trial ready at that time, and would not have been able to file its late motion in limine.

　　　　Even if the motion arguably is timely given the new trial date, I lack sufficient context to make a pre-trial ruling on the matter. I will rule on objections, if any, at trial.

　　　　IT IS THEREFORE ORDERED that Defendant's motion in limine to preclude the use of or reference to Aria's position statement to the EEOC **(Dkt #48) is DENIED without prejudice to renew at trial.**

　　　　DATED this 27th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Improperly named in the caption as Aria Resort Holdings LLC, dba Aria Resort & Casino.