Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUDY L. PARA-KILLMAN,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada limited liability company, dba ARIA RESORT & CASINO,<br><br>Defendant. | Case No. 2:13-cv-01630-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Trudy L. Para-Killman and Aria Resort & Casino, LLC dba Aria Resort & Casino ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: ~~February~~ March 23, 2016           Dated: February 24, 2016

_____          _____
Deverie J. Christensen                  Mark J. Bourassa
Lisa A. McClane                         Trent L. Richards
3800 Howard Hughes Parkway              8668 Spring Mountain Rd., Ste. 101
Suite 600                               Las Vegas, Nevada 89117
Las Vegas, Nevada 89169
                                        Attorneys for Plaintiff
Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2016.

_____
United States District Judge

4843-7997-5981, v. 1